IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHARON A. DANDY, on behalf of
herself and all others similarly situated,

        Plaintiff,

v.                                                      CIV 08-1027 JCH/GBW

WILMINGTON FINANCE, INC.,

        Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

This matter is before the Court upon a review of the record, and having conferred with counsel about a mutually-convenient date and time, **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Thursday, June 25, 2009 at 10:00 a.m. Counsel for Plaintiff shall initiate and coordinate the telephone conference call to (575) 528-1460.** It is recommended that a reliable long-distance carrier be used to insure sound quality.

                                                            _____
                                                            GREGORY B. WORMUTH
                                                             UNITED STATES MAGISTRATE JUDGE