IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHARON A. DANDY, on behalf of herself
and all others similarly situated,

      Plaintiff,

v.                                    Case No. CV08-1027 JCH/GBW

WILMINGTON FINANCE INC.,

      Defendant.

ORDER GRANTING STIPULATED
MOTION TO EXTEND DEFENDANT'S DEADLINE TO FILE
OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR RELIEF

This matter comes before the Court on the Defendant Wilmington Finance, Inc.'s ("WFI") Stipulated Motion to Extend Defendant's Deadline to File Opposition to Plaintiff's Emergency Motion for Relief. The Court, having considered the Motion and noting Plaintiff's concurrence with the Motion, FINDS that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED THAT Defendant WFI's deadline to file a response to Plaintiff's Emergency Motion for Relief Concerning the Release Sent (or Intended to be Sent) by Wilmington Finance, Inc. to Putative Class Members" (Nov. 20, 2009) is extended to December 21, 2009.

_____
HON. GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE